IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| SHALONDA LOCKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-132 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendant's motion for summary judgment [doc. 24] is **GRANTED**, and plaintiff's motion for summary judgment [doc. 17] is **DENIED**. This case is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

　　　　　　　　　　　　　s/ Leon Jordan
　　　　　　　　　　　United States District Judge


ENTERED AS A JUDGMENT
　　s/ *Patricia L. McNutt*
　PATRICIA L. McNUTT
　　CLERK OF COURT